401 A.2d 571

Parveen NOORBAKSH, Rahambabai Shakur, Salima Merchant, Bilkis Merchant, and Sameena Merchant, a minor by her parents and natural guardians, Abdul R. Merchant and Halize R. Merchant, his wife,

v.

Paul McPHERSON, Jr., and Paul McPherson, Individually and t/a McPherson Painters.

Appeal of Paul McPHERSON.

Superior Court of Pennsylvania.

Argued March 28, 1978.

Decided April 12, 1979.

Steven R. Sosnov, Norristown, for appellant.

No appearance entered nor brief filed for appellee Paul McPherson, Jr.

Michael J. Pepe, Jr., Philadelphia, for all other appellees.

Before JACOBS, President Judge, and HOFFMAN, CERCONE, PRICE, VAN der VOORT, SPAETH and HESTER, JJ.

PER CURIAM:

Appellant, Paul McPherson, has taken this appeal from the entry of judgment entered against him in the court below on July 18, 1977. By opinion dated August 23, 1977, the court below confesses error in the entry of the judgment which resulted from that court misinterpreting a matter from the record. We agree that the judgment against appellant, Paul McPherson, must be stricken and vacate the judgment as to appellant which was erroneously entered on July 18, 1977. We remand for further proceedings consistent with this action.

JACOBS, former President Judge, and HOFFMAN, J., did not participate in the consideration or decision of this case.